BARNET WEINSTEIN & SONS, INC., Respondent, v. GLEN HEAD IRON WORKS and Others, Appellants.— Order denying defendants' motion to vacate judgment and service of summonses upon which it is based reversed on the law and the facts, without costs, and the matter remitted to Special Term in order that a hearing may be had by the justice there presiding, or by an official referee to whom the matter may be referred, to determine the question of fact as to whether these defendants were served with process on October 20, 1931. The usual practice of determining a disputed question of fact with reference to service of process should have been followed herein; that practice requires a hearing of the witnesses and the affording of an opportunity to cross-examine them. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

WHITNEY NATIONAL BANK OF NEW ORLEANS, Appellant, v. MICHEL S. PICARD and Others, Defendants, and ACHILLE I. PICARD, Respondent.— Order, as resettled, vacating the order and warrant of attachment and vacating and setting aside the service of said order and warrant of attachment and the service of the summons and complaint herein upon the respondent, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to respondent to answer within ten days from the entry of the order herein. In our opinion, the record does not show that the respondent came into this State for the purpose of attending and being examined or to testify in the accounting proceeding in the Surrogate's Court of Kings county. The appeal from the order denying the appellant's motion for resettlement is dismissed as being unnecessary. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

ETHEL B. WILLIAMSON and RICHARD B. HART, Appellants, v. HENRY ALLAIRE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

J. MAYNARD WILLIAMSON, Appellant, v. HENRY ALLAIRE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky P. J., Young, Carswell, Scudder and Tompkins, JJ.